## MIKKEL v. STATE.
### No. 14737.

Court of Criminal Appeals of Texas.

Oct. 21, 1931.

Clegg & Clegg, of Trinity, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

The record contains neither statement of facts nor bills of exception. In this condition, nothing is presented for review.

The judgment is affirmed.